1036

[No. 36501-1-I.   Division One.   January 29, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON
L. HALLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 91-1-00505-5, Frank Morrow, J. Pro Tem., entered March 27, 1995. *Reversed* by unpublished per curiam opinion.

[No. 36834-6-I.   Division One.   January 29, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. CALVIN
WARNER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02212-6, Richard M. Ishikawa, J., entered July 7, 1995. *Reversed* by unpublished opinion per Cox, J., concurred in by Ellington, J., and Thorpe, J. Pro Tem.

[No. 14248-5-III.   Division Three.   January 30, 1996.]

JAMES W. MILLER, *Appellant*, v. SEATTLE CITY LIGHT,
*Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 92-2-00130-1, Marcus M. Kelly, J., entered April 23, 1994. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 16434-5-II.   Division Two.   July 31, 1995.]

UNITED EQUIPMENT, INC., *Plaintiff*, v. FIRST
CITY/GETTY ASSOCIATES, ET AL., *Appellants*.

M.A. SEGALE, INC., *Plaintiff*, v. EVERGEEEN STATE
CONSTRUCTION, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-04844-1, Robert Peterson, J., entered September 4, 1992. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Fleisher, JJ.